**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MIESA BLAND AND CLAUDIA MORENO,** | § | |
| **ON BEHALF OF THEMSELVES AND** | § | |
| **ALL OTHERS SIMILARLY SITUATED,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | **Civ. No.  5:14-CV-138-XR** |
| **V.** | § | |
| | § | **JURY DEMANDED** |
| | § | |
| **BALFOUR BEATTY** | § | |
| **COMMUNITIES  LLC,** | § | |
| | § | |
| *Defendants.* | § | |

**<u>RETURN OF SERVICE</u>**

Respectfully submitted,

/s/ Melissa Morales Fletcher
**MELISSA MORALES FLETCHER**
Attorney-in-Charge
State Bar No. 24007702
Melissa Morales Fletcher, P.C.
115 E. Travis, Suite 1530
San Antonio, Texas 78205
Phone:          (210) 225-0811
Facsimile:      (210) 225-0821

**LAWRENCE MORALES II**
The Morales Firm P.C.
State Bar No. 24051077
115 E. Travis, Suite 1530
San Antonio, Texas 78205
Telephone No. (210) 225-0811
Telecopier No. (210) 225-0821

***ATTORNEYS FOR PLAINTIFFS***

1

COURT:

Case #: 14-CV-138-XR

MIESA BLAND AND CLAUDIA MORENO ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY
SITUATED

*Plaintiff*
**vs**
BALFOUR BEATTY COMMUNITIES LLC

*Defendant*

### RETURN OF SERVICE

I, Floyd J Boudreaux, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 02/19/14 2:09 pm, instructing for same to be delivered upon Balfour
Beatty Communities LLC By Delivering To Its Reg/Agent, Corporation Service Company
DBA SCS-Lawyers Incorporating Service Company.

| | |
|---|---|
| That I delivered to | : Balfour Beatty Communities LLC By Delivering To Its Reg/Agent,<br>: Corporation Service Company DBA SCS-Lawyers Incorporating Service<br>: Company. By Delivering to Sue Vertrees, authorized to accept |
| the following | : FEDERAL SUMMONS AND PLAINTIFFS' ORIGINAL COMPLAINT EXHIBIT A AND<br>: EXHIBIT B |
| at this address | : 211 E. 7th St. Ste. 620<br>: Austin, Travis County, TX 78701 |
| Manner of Delivery | : by PERSONALLY delivering the document(s) to the person above.<br>: By Delivering to Sue Vertrees, authorized to accept |
| Delivered on | : FEB 19, 2014 2:25 pm |

My name is Floyd J Boudreaux, my date of birth is JAN 10th, 1943, and my address is
Professional Civil Process Downtown, 2211 S. IH 35, Suite 203, Austin TX 78741, and
U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.
Executed in Travis County, State of Texas, on the _____19_____ day of
_____FEB_____, 20_14_.

                                                    _____
                                                              Declarant
                            Floyd J Boudreaux

                            Texas Certification#: SCH-3506 Exp. 02/28/14

Private Process Server
Professional Civil Process, San Antonio        PCP Inv. #Z14200192
830 N.E. Loop 410,Ste-209 San Antonio TX 78209
(210) 829-1313

AX02S14200258
tomcat

+ Service Fee:  90.00
  Witness Fee:    .00
  Mileage Fee:    .00
                              Fletcher, Melissa Morales

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  14-CV-138-XR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _BALFOUR BEATTY COMMUNITIES LLC BY_
was received by me on *(date)* _2-19-14_  _DELIVERING TO ITS REG/AGENT CORPORATION_
_SERVICE COMPANY  DBA SCS LAWYERS_
_INCORPORATING SERVICE COMPANY_

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _SUE VEATRFES_ , who is
designated by law to accept service of process on behalf of *(name of organization)* _CORPORATION_
_SERVICE COMPANY_ on *(date)* _2-19-14_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _2-20-14_

_____
Server's signature

_FLOYD J. BOUDREAUX / PROCESS SERVER_
Printed name and title

_2211 S I 35 STE 2C3 AUSTIN TX 78741_
Server's address

Additional information regarding attempted service, etc: