UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MIESA BLAND and CLAUDIA MORENO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BALFOUR BEATTY COMMUNITIES LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No: SA-14-CV-138-XR |

**ORDER**

The parties have informed the Court that they have reached a settlement of the claims in this case. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines, including Defendant's deadline to answer or otherwise respond to Plaintiffs' complaint, and ORDERS the parties to submit a stipulation of dismissal, agreed judgment, and/or a motion to approve settlement on or before **August 15, 2014.** *See* FED. R. CIV. P. 41. Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to file the documents.

It is so ORDERED.

SIGNED this 18th day of July, 2014.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE