IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

---------------------------------------------------------x  VIA ECF

MEISA BLAND AND CLAUDIA MORENO, on behalf of themselves and other similarly situated,

                         Plaintiffs,

-against-

BALFOUR BEATTY COMMUNITIES LLC,

                         Defendants.

---------------------------------------------------------x

Civil Action No.:
5:14-CV-138

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS the parties in the above-referenced Fair Labor Standards Act (FLSA) matter have reached a confidential settlement in this action resolving the claims of the named Plaintiffs and all current opt-in Plaintiffs ("Plaintiffs"); and,

WHEREAS the parties agree there is a *"bona fide* dispute" with respect to Plaintiffs' entitlement under the FLSA as set forth in this Court's opinion in *Martinez v. Bohls Equip. Co.*, 361 F. Supp. 2d 608 (W.D. Tex. 2005) and affirmed by the Court of Appeals for the Fifth Circuit in *Martin v. Spring Break '83 Prods., LLC*, 688 F.3d 247 (5th Cir. 2012),

IT IS HEREBY ORDERED that: the above-captioned action be and is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party except as set forth in the settlement agreement between the parties.

MORALES FLETCHER LAW, P.C.
*Attorneys for Plaintiffs*
115 E. Travis, Ste. 1530
San Antonio, Texas 78205
(210) 225-0811

By: _____
    Melissa Morales Fletcher, Esq.

Dated: 8/21/14

JACKSON LEWIS P.C.
*Attorneys for Defendants*
500 N. Akard, Suite 2500
Dallas, Texas 75201
(214) 520-2400

By: _____ w/permission
    Michael J. DePonte, Esq.

Dated: Aug. 22, 2014

SO ORDERED on this _____ day of _____, 2014

_____
United States District Judge

4823-4581-6093, v. 3